

NUMBER 13-07-00521-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RUBEN ESQUEDA,                                                                     APPELLANT,

v.

KATHY JO ESQUEDA,                                                                     APPELLEE.

On Appeal from the 343rd District Court
of Live Oak County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela
Memorandum Opinion Per Curiam**

Appellant's brief in the above cause was due on December 17, 2007. On February 6, 2008, the Court notified appellant, who is proceeding pro se, that the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant reasonably explained his failure to file the brief and the appellee was not significantly injured by his failure to timely file the brief. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b),(c). Appellant's response, filed

with this Court on February 15, 2008, fails to provide a reasonable explanation for his failure to file the brief and further fails to request an extension of time for said filing. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See id.*


                                        PER CURIAM


Memorandum Opinion Per Curiam delivered
and filed this the 13th day of March, 2008.